UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSIE LEE | CIVIL ACTION |
|           Plaintiff | |
| versus | NO. 08-01369 |
| LONG BEACH MORTGAGE COMPANY, | SECTION F |
| DEUTCHE BANK NATIONAL TRUST | JUDGE FELDMAN |
| COMPANY, AS TRUSTEE FOR LONG BEACH | |
| MORTGAGE LOAN TRUST 2005-WL1, | MAGISTRATE JUDGE |
| and ABC INSURANCE COMPANY | ROBY |
|           Defendants | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S FIRST AMENDED COMPLAINT**

NOW INTO COURT comes the plaintiff, Jessie Lee, who amends his original complaint as follows, while continuing to assert all portions of the original complaint to the extent not amended hereby.

1.

On October 25, 2008, JP Morgan Chase Bank, National Association ("Chase") acquired Washington Mutual Bank, which had previously acquired the named defendant herein, Long Beach Mortgage Company.

2.

Plaintiff adds as a named defendant JP Morgan Chase Bank, National Association, as a successor by merger with Washington Mutual Bank.

Respectfully submitted,

/s/ Steve R. Conley_____
Steve R. Conley  (LSBA #21246)
321 N. Vermont Street, Suite 204
Covington, LA  70433
PH: 985-892-7222
FAX: 985-892-7075
steve@consumerlaw1.com


## **CERTIFICATE OF SERVICE**

I hereby certify that on 11/05/08, I electronically filed the foregoing with the clerk of court using the CM/ECF system which will send a notice of electronic filing to the following:

Eric J. Simonson, Esq.
Robert D. Sheeshley, Esq.
McGlinchey Stafford, PLLC
601 Poydras Street, 12th Floor
43 Magazine Street
New Orleans, LA  70130

/s/ Steve R. Conley_____
Steve R. Conley  (LSBA #21246)
321 N. Vermont Street, Suite 204
Covington, LA  70433
PH: 985-892-7222
FAX: 985-892-7075
steve@consumerlaw1.com