UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JESSIE LEE** | § | **CIVIL ACTION NO. 2008-1369** |
| | § | |
| **VERSUS** | § | |
| | § | **SECTION I** |
| **LONG BEACH MORTGAGE COMPANY,** | § | **JUDGE LANCE M. AFRICK** |
| **DEUTSCHE BANK NATIONAL TRUST** | § | |
| **COMPANY, AS TRUSTEE FOR LONG** | § | |
| **BEACH MORTGAGE LOAN TRUST 2005-** | § | **DIVISION 4** |
| **WL1, and ABC INSURANCE COMPANY** | § | **MAG. KAREN WELLS ROBY** |

## ORDER

Considering the foregoing Motion to Substitute filed by Washington Mutual Bank,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion to Substitute be and is hereby GRANTED.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that the Federal Deposit Insurance Corporation, as Receiver of Washington Mutual Bank, is hereby substituted in place and stead of Washington Mutual Bank in the litigation.

New Orleans, Louisiana, this 10th day of December, 2008.

_____
JUDGE
UNITED STATES DISTRICT COURT