UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSIE LEE | CIVIL ACTION |
| Plaintiff | |
| versus | NO. 08-01369 |
| LONG BEACH MORTGAGE COMPANY, | SECTION I |
| DEUTCHE BANK NATIONAL TRUST | JUDGE AFRICK |
| COMPANY, AS TRUSTEE FOR LONG BEACH | |
| MORTGAGE LOAN TRUST 2005-WL1, | MAGISTRATE JUDGE |
| and ABC INSURANCE COMPANY | ROBY |
| Defendants | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

IT IS ORDERED that the defendant, JPMorgan Chase Bank, National Association, is dismissed from this action, without prejudice.

New Orleans, Louisiana, this ___6th___ day of _____January_____, 2009.

_____
UNITED STATES DISTRICT JUDGE