```
          UNITED STATES  DISTRICT COURT
          EASTERN DISTRICT OF LOUISIANA


JESSIE LEE                              CIVIL ACTION

VERSUS                                  NO. 08-1369

LONG BEACH MORTGAGE COMPANY,            SECTION "I" (4)
ET AL
```

This Court has been advised that the above-captioned case has settled.   Counsel are thanked for their assistance.

New Orleans, Louisiana, this 19th day of April, 2010.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE